UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TERESA MILLS,  　　　　　　　　　　　　　Case No. 1:06-CV-409

　　　　Plaintiff,　　　　　　　　　　　　　　Hon. Richard Alan Enslen

v.

COMMISSIONER OF SOCIAL
SECURITY,
　　　　　　　　　　　　　　　　　　　　**JUDGMENT**
　　　　Defendant.

_____/

　　　In accordance with the Opinion issued on this date:

　　　**IT IS HEREBY ORDERED** that Defendant Commissioner of Social Security's Objections to the Report and Recommendation (Dkt. No. 19) are **DENIED** and the Report and Recommendation (Dkt. No. 18) is **APOPTED**.

　　　**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision denying Supplemental Security Income is **REVERSED** and this matter is **REMANDED** for the awarding of benefits.

　　　　　　　　　　　　　　　　　　　　 /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:　　　　　　　RICHARD ALAN ENSLEN
　　August 20, 2007　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE